No. 5,245.—STATE ex rel. GARBER, Relator, *v.* DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT, Respondent.

Original application for Writ of Prohibition.

Decided May 24, 1923.

PER CURIAM.—This being return day in the above-entitled matter, and there being no appearance in behalf of respondent, it is ordered that the alternative writ issued on December 4, 1922, be made permanent.

*Mr. Wade R. Parks* and *Messrs. Stewart & Brown,* for Relator.

---

No. 5,236.—STATE ex rel. W. D. RANKIN, Attorney General, Appellant, *v.* MONTANA BREWING CO. et al., Respondents.

*Appeal from District Court, Cascade County; J. B. Leslie, Judge.*

Decided May 25, 1923.

PER CURIAM.—Upon motion of Mr. L. A. Foot, Assistant Attorney General, the appeal in this action is dismissed.

*Mr. Wellington D. Rankin, pro se.*

*Messrs. Maddox & Church,* for Respondents.